United States Courts
District of Texas
ENTERED
MAR 0 6 2006

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE F. FRALEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-3836 |
| | § | |
| AFFILIATED COMPUTER SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL

Pending is Defendant Affiliated Computer Services, Inc.'s Motion to Dismiss, in which Defendant represents that Plaintiff's claims have been submitted to final and binding arbitration, that the arbitrator rendered a decision on all of Plaintiff's claims and demands contained in the Complaint, and that this case should now be dismissed with prejudice, each party to bear its own costs. Plaintiff George F. Fraley has not filed any response in opposition and, therefore, the motion is deemed unopposed. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 3rd day of March, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE